| | |
|---|---|
| 1 | WRIGHT, FINLAY & ZAK, LLP |
| 2 | Jonathan D. Fink, Esq., SBN 110615 |
| | Joan C. Spaeder-Younkin, Esq., SBN 192235 |
| 3 | 4665 MacArthur Court, Suite 200 |
| 4 | Newport Beach, CA 92660 |
| | Tel. (949) 477-5050; Fax (949) 608-9142 |
| 5 | jfink@wrightlegal.net; jspeader@wrightlegal.net |
| 6 | Attorneys for Defendant, SUNTRUST MORTGAGE, INC. |

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHARLES DYER; AND, DIANA DYER, | Case No.: 1:17-cv-00833-LJO-SAB |
| Plaintiffs, | |
| vs. | **ORDER GRANTING STIPULATION TO CONTINUE SCHEDULING CONFERENCE** |
| SUNTRUST MORTGAGE, INC., | |
| Defendant. | |

Before this Court is Stipulation to Continue Scheduling Conference of Plaintiffs CHARLES DYER and DIANA DYER (collectively "Plaintiffs") and Defendant SUNTRUST MORTGAGE, INC. ("SunTrust") (collectively, the "Parties"). The Court, having considered the Parties' Stipulation and good cause appearing, rules as follows:

**IT IS HEREBY ORDERED**:

1. The Scheduling Conference currently set for September 14, 2017, at 9:00 a.m. in Courtroom 9 is vacated;

///

///

2. The Court resets the Scheduling Conference for October 30, 2017, at 3:45 p.m. in Courtroom 9. A Joint Scheduling Report is due one week before the new conference date.

IT IS SO ORDERED.

Dated: **September 6, 2017**

UNITED STATES MAGISTRATE JUDGE