# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES DYER, et al., | Case No. 1:17-cv-00833-LJO-SAB |
| Plaintiffs, | ORDER VACATING ALL PENDING MATTERS AND DATES |
| v. | ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS |
| SUNTRUST MORTGAGE, INC., | |
| Defendant. | DEADLINE: JUNE 11, 2018 |

On April 11, 2018, Plaintiffs filed a notice of settlement informing the Court that the parties have reached settlement resolving this action. (ECF No. 16.)

Accordingly, it is HEREBY ORDERED that:

1. The parties shall file dispositional documents on or before June 11, 2018; and
2. All pending matters and dates are VACATED.

IT IS SO ORDERED.

Dated: __**April 12, 2018**__

UNITED STATES MAGISTRATE JUDGE