# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES DYER, et al., | Case No. 1:17-cv-00833-LJO-SAB |
| Plaintiffs, | ORDER EXTENDING TIME TO FILE DISPOSITIONAL DOCUMENTS |
| v. | DEADLINE: JULY 11, 2018 |
| SUNTRUST MORTGAGE, INC., | |
| Defendant. | |

On April 12, 2018, the Court ordered the parties to file dispositional documents by June 11, 2018. (ECF No. 17.) On June 11, 2018, Defendant filed a stipulation to extend the time to file dispositional documents. (ECF No. 18.)

Accordingly, it is HEREBY ORDERED that the parties shall file dispositional documents on or before July 11, 2018.

IT IS SO ORDERED.

Dated:  **June 11, 2018**

_____
UNITED STATES MAGISTRATE JUDGE

1