# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES DYER, et al., | Case No. 1:17-cv-00833-LJO-SAB |
| Plaintiffs, | ORDER DIRECTING CLERK OF COURT TO CLOSE CASE |
| v. | (ECF Nos. 20, 21, 22, 23) |
| SUNTRUST MORTGAGE, INC., | |
| Defendant. | |

This action was filed on June 21, 2017. On July 12, 2018, the parties filed a stipulation for dismissal of the action with prejudice. (ECF No. 20.) The parties requested that the Court retain jurisdiction to enforce the terms of their settlement, but did not explain why. Therefore, on July 13, 2018, the Court ordered the parties to file a joint report explaining why the Court should retain jurisdiction to enforce the terms of the settlement agreement and how long the Court would be expected to retain jurisdiction. (ECF No. 21.)

On July 19, 2018, the parties filed a joint report indicating that the parties agree that there is no longer a need for the Court to retain jurisdiction. (ECF No. 22.) On July 19, 2018, the parties also filed an amended stipulation for dismissal of the action with prejudice with each party to bear its own costs and fees. (ECF No. 23.)

In light of the amended stipulation of the parties, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii); Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997), and has

been dismissed with prejudice and without an award of costs or attorneys' fees.

Accordingly, the Clerk of the Court is HEREBY ORDERED to CLOSE the file in this case and adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a).

IT IS SO ORDERED.

Dated: **July 20, 2018**

UNITED STATES MAGISTRATE JUDGE